| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ashley Stewart, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5275153** |
| 4. | **Debtor's address** | **Principal place of business** **150 Meadowlands Parkway, Suite 403 Secaucus, NJ 07094** Number, Street, City, State & ZIP Code **Hudson** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.ashleystewart.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **Ashley Stewart, Inc.**                                                          Case number (*if known*)_____
         Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Ashley Stewart, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
 Contact name _____
 Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Ashley Stewart, Inc.**                    Case number (*if known*)
       Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 17, 2025**
             MM / DD / YYYY

**X** **/s/ Ram Ajjarapu**                                **Ram Ajjarapu**
Signature of authorized representative of debtor          Printed name

Title  **Director**

**18. Signature of attorney**

**X** **/s/ Sari B. Placona**                             Date **December 17, 2025**
Signature of attorney for debtor                               MM / DD / YYYY

**Sari B. Placona**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Suite 201**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone **973-622-1800**        Email address **splacona@msbnj.com**

**108842014 NJ**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Ashley Stewart, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GK Trading LLC**<br>**95 Mt Bethel Road, Ste 4A**<br>**Warren, NJ 07059** | | | | | | **$1,981,377.25** |
| **Julia K LLC**<br>**23 Wisteria Way**<br>**Basking Ridge, NJ 07920** | | | | | | **$946,885.24** |
| **By Design LLC**<br>**Attn: Russell Kemp**<br>**463 7th Avenue, Room 200**<br>**New York, NY 10018** | | | | | | **$887,627.00** |
| **Woodland Trading Inc.**<br>**Attn: Anthony Valentine**<br>**1407 Broadway, Ste 1618**<br>**New York, NY 10018** | | | | | | **$784,979.00** |
| **Double Take Fashions, Inc.**<br>**4014 1st Avenue, #401**<br>**Brooklyn, NY 11232** | | | | | | **$679,147.00** |
| **A.B.N. Inc.**<br>**230 W. 39th Street, Room 633**<br>**New York, NY 10018** | | | | | | **$567,905.00** |
| **GAEA LLC**<br>**95 Mt Bethel Road, Ste 4A**<br>**Warren, NJ 07059** | | | | | | **$510,241.23** |
| **Apparel Solutions**<br>**95 Mt Bethel Road, Ste 4A**<br>**Warren, NJ 07059** | | | | | | **$501,277.49** |

Debtor **Ashley Stewart, Inc.**    Case number *(if known)*
   Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Full Circle Trends** 1384 Broadway, 17th Floor New York, NY 10018 | | | | | | $490,793.00 |
| **Deja Bleu** 1385 Broadway, Ste 900 New York, NY 10018 | | | | | | $488,431.00 |
| **CAI Design Inc.** 240 W. 37th Street, Ste 303 New York, NY 10018 | | | | | | $480,184.00 |
| **Super Apparel Inc.** 209 W. 40th Street New York, NY 10018 | | | | | | $454,391.00 |
| **Nanjing Wetex Co. Ltd** 1st Floor A 9 Building Nanjing Chenguang 1865 Industrial Park No. 388 Yingtian St Qinhuai District, Nanjing China | | | | | | $430,765.00 |
| **Les Vetements Multiwear Inc.** 8211 17e Avenue Montreal, QC H1Z 4J9 Canada | | | | | | $365,842.00 |
| **Nycal, Inc.** 1407 Broadway, #1806 New York, NY 10018 | | | | | | $345,807.00 |
| **Hartford Casualty Insurance Co.** 201 North Ilinois Street, 16th Floor Indianapolis, IN 46204-3250 | | | | | | $342,630.00 |
| **Boom-Boom Jeans** 2945 East 12th Street Los Angeles, CA 90023 | | | | | | $316,175.00 |
| **Meta Platforms, Inc.** 1 Meta Way Menlo Park, CA 94025 | | | | | | $288,248.00 |

Debtor **Ashley Stewart, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **9th Street Apparel LLC** <br> **410 East 2nd Street** <br> **Yankton, SD 57078** | | | | | | **$284,408.00** |
| **Salesforce.com, Inc.** <br> **Salesforce Tower** <br> **415 Mission Street, 3rd Floor** <br> **San Francisco, CA 94105** | | | | | | **$274,369.00** |

.

9th Street Apparel LLC
410 East 2nd Street
Yankton, SD 57078


A.B.N. Inc.
230 W. 39th Street, Room 633
New York, NY 10018


Adrika, Inc.
18 Whispering Way
Warren, NJ 07059


Amarje LLC
c/o Julia Klyashtorny
23 Wisteria Way
Basking Ridge, NJ 07920


Apparel Solutions
95 Mt Bethel Road, Ste 4A
Warren, NJ 07059


Apparel Solutions Inc.
95 Mt. Bethel Road, Ste 4A
Warren, NJ 07059


Boom-Boom Jeans
2945 East 12th Street
Los Angeles, CA 90023


By Design LLC
Attn: Russell Kemp
463 7th Avenue, Room 200
New York, NY 10018


CAI Design Inc.
240 W. 37th Street, Ste 303
New York, NY 10018


Deja Bleu
1385 Broadway, Ste 900
New York, NY 10018


Double Take Fashions, Inc.
4014 1st Avenue, #401
Brooklyn, NY 11232

Full Circle Trends
1384 Broadway, 17th Floor
New York, NY 10018


GAEA LLC
95 Mt Bethel Road, Ste 4A
Warren, NJ 07059


GK Trading LLC
95 Mt Bethel Road, Ste 4A
Warren, NJ 07059


Hartford Casualty Insurance Co.
201 North Ilinois Street, 16th Floor
Indianapolis, IN 46204-3250


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Julia K LLC
23 Wisteria Way
Basking Ridge, NJ 07920


Les Vetements Multiwear Inc.
8211 17e Avenue
Montreal, QC H1Z 4J9
Canada


Meta Platforms, Inc.
1 Meta Way
Menlo Park, CA 94025


Nanjing Wetex Co. Ltd
1st Floor A 9 Building Nanjing Chenguang
1865 Industrial Park No. 388 Yingtian St
Qinhuai District, Nanjing China


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

New Jersey Department of Labor
Div. of Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0307


New Jersey Dept. of Labor Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit, 1 John Fitch Plaza
PO Box 951
Trenton, NJ 08611-0951


New Jersey Division of Taxation
Compliance/Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
Trenton, NJ 08695-0245


Nycal, Inc.
1407 Broadway, #1806
New York, NY 10018


RA Capital Funding LLC
169 Ramapo Valley Rd, Ste ML 104
Oakland, NJ 07436


Salesforce.com, Inc.
Salesforce Tower
415 Mission Street, 3rd Floor
San Francisco, CA 94105


Super Apparel Inc.
209 W. 40th Street
New York, NY 10018


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102


United States Attorney General
US Dept. of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

Wingspire Capital LLC
8000 Avalon Boulevard
Alpharetta, GA 30009

Woodland Trading Inc.
Attn: Anthony Valentine
1407 Broadway, Ste 1618
New York, NY 10018